UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] GLORIMAR MACHUCA RIVERA**<br>aka "Glowww", "Noryglow"<br>**[2] GUARIONEX ORTIZ RIVERA**<br>aka "Wali", "Guari",<br>**[3] OMAR MEDINA MENDEZ,**<br><br>Defendants, | **INDICTMENT**<br>CRIMINAL NO. 25-228 (CVR)<br><br>VIOLATIONS:<br>18 U.S.C. § 1591(a);<br>18 U.S.C. § 2251(a) and (e);<br>18 U.S.C. § 2423(a);<br>18 U.S.C. § 2422(b); and<br>18 U.S.C. § 2.<br><br>SIX COUNTS &<br>FORFEITURE ALLEGATION |

*[Stamp: RECEIVED & FILED, CLERK'S OFFICE, MAY 15 2025, US DISTRICT COURT, SAN JUAN, PR]*

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Sex Trafficking of Children**
(Title 18, <u>United States Code</u>, Sections 1591(a)(1)(a)(2), (b)(1) and 2)

From in or about January 2025 to in or about April 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] GLORIMAR MACHUCA RIVERA**
aka "Glowww", "Noryglow",
**[2] GUARIONEX ORTIZ RIVERA**
aka "Wali", "Guari",

as principals and aiding and abetting each other, did knowingly, in or affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person who had not attained the age of 18 years, that is a 15-year-old female minor; and did benefit, financially or by receiving anything of value, from participation in such venture; knowing and in reckless disregard of the fact that

1

the person had not attained the age of 18 years and would be caused to engage in a commercial sex act. All in violation of Title 18, United States Code, Sections 1591(a)(1)(a)(2), (b)(1) and 2.

## COUNT TWO
### Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
(Title 18, United States Code, Section 2423(a))

From in or about January 2025 to in or about April 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] GLORIMAR MACHUCA RIVERA**
aka "Glowww", "Noryglow",

did knowingly transport an individual who had not attained the age of 18 years, that is, a 15-year-old female minor, in a commonwealth, territory or possession of the United States, with intent that the female minor engage in any sexual activity for which any person can be charged with a criminal offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Sections 2423(a).

## COUNT THREE
### Production of Child Pornography
(Title 18, United States Code, Section 2251(a) and (e))

From in or about October 2024 to in or about April 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**[1] GLORIMAR MACHUCA RIVERA**
aka "Glowww", "Noryglow",
**[2] GUARIONEX ORTIZ RIVERA**
aka "Wali", "Guari",

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is a 15-year-

old female minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### Sex Trafficking of Children
(Title 18, United States Code, Sections 1591(a)(1)(a)(2), (b)(1) and 2)

In or about February 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[1] GLORIMAR MACHUCA RIVERA**
"Glowww", "Noryglow",
**[3] OMAR MEDINA MENDEZ,**

as principals and aiding and abetting each other, did knowingly, in or affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person who had not attained the age of 18 years, that is a 15-year-old female minor; and did benefit, financially or by receiving anything of value, from participation in such venture; knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act. All in violation of Title 18, United States Code, Sections 1591(a)(1)(a)(2), (b)(1) and 2.

3

## COUNT FIVE
### Production of Child Pornography
(Title 18, United States Code, Sections 2251(a) and (e) and 2)

In or about February 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**[1] GLORIMAR MACHUCA RIVERA**
**"Glowww", "Noryglow",**
**[3] OMAR MEDINA MENDEZ,**

as principals and aiding and abetting each other, did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is a 15-year-old female minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX
### Coercion and Enticement of a Minor
(Title 18, United States Code, Section 2422(b))

From in or about October 2024, to in or about April 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**[1] GLORIMAR MACHUCA RIVERA**
**"Glowww", "Noryglow",**

the defendant herein, used a facility of interstate and foreign commerce, that is, a cellular phone that was not manufactured in Puerto Rico, as well as internet instant messaging services, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen, that is, a 15 year old female minor, to engage in sexual activity

for which any person can be charged with a criminal offense, which includes the production of child pornography as defined in Title 18, United States Code, Section 2256(8), for which the defendant could be charged with an offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Sections 1594, 2253, and 2428. If convicted of the offenses set forth above, [1] GLORIMAR MACHUCA RIVERA, [2] GUARIONEX ORTIZ RIVERA, [3] OMAR MEDINA MENDEZ, the defendants herein, shall forfeit to the United States any and all materials or property used or intended to be used in the sex trafficking of children, coercion and enticement of a minor, possession, transportation, distribution, or production of child pornography, including but not limited to any cellular phone with corresponding SIM card used by the defendants. All pursuant to Title 18, United States Code, Sections 1594, 2253, and 2428.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

Foreperson
Date: May 15, 2025

Jenifer Y. Hernández-Vega
Chief, Child Exploitation and Immigration Unit

Daynelle Alvarez Lora
Assistant United States Attorney
Child Exploitation and Immigration Unit